# Exhibit A

| From: | Norway, Robert M. (ENRD) |
|---|---|
| To: | Elizabeth Forsyth; brett.grosko@usdoj.gov |
| Cc: | Alisa Coe; Sharmeen Morrison |
| Subject: | RE: Case management report in Save the Manatee Club v. USEPA, 22-cv-00868 (M.D. Fla) |
| Date: | Thursday, July 21, 2022 7:47:50 AM |
| Attachments: | ATT00001.png |
| | 2022-07-18 Save the Manatee Club v. USEPA joint proposed case management schedule.docx |

**This message originated outside of Earthjustice. Please use caution before opening attachments or links.**

Elizabeth,

Thank you for taking the laboring oar on preparing the case management joint filing. Defendant is fine with the dates proposed and the format. I've added our signature block. You may file using my electronic signature, at your convenience.

Best,
Rob N.

**From:** Elizabeth Forsyth <eforsyth@earthjustice.org>
**Sent:** Monday, July 18, 2022 6:24 PM
**To:** Norway, Robert M. (ENRD) <Robert.M.Norway@usdoj.gov>; Grosko, Brett (ENRD) <Brett.Grosko@usdoj.gov>
**Cc:** acoe@earthjustice.org; smorrison@earthjustice.org
**Subject:** [EXTERNAL] RE: Case management report in Save the Manatee Club v. USEPA, 22-cv-00868 (M.D. Fla)

Thanks Rob. We'll get the special admission motion on file shortly.

**From:** Norway, Robert M. (ENRD) <robert.m.norway@usdoj.gov>
**Sent:** Monday, July 18, 2022 12:28 PM
**To:** Elizabeth Forsyth <eforsyth@earthjustice.org>; brett.grosko@usdoj.gov
**Cc:** Alisa Coe <acoe@earthjustice.org>; Sharmeen Morrison <smorrison@earthjustice.org>
**Subject:** RE: Case management report in Save the Manatee Club v. USEPA, 22-cv-00868 (M.D. Fla)

**This message originated outside of Earthjustice. Please use caution before opening attachments or links.**

Thank you Elizabeth. Brett and I will need to confer internally regarding the filing and the questions concerning the administrative record. For the motion for special admission, Plaintiffs can indicate in the motion that Defendant consents to the relief requested.

Best,
Rob N.

---

**From:** Elizabeth Forsyth <eforsyth@earthjustice.org>
**Sent:** Monday, July 18, 2022 11:36 AM
**To:** Norway, Robert M. (ENRD) <Robert.M.Norway@usdoj.gov>; Grosko, Brett (ENRD) <Brett.Grosko@usdoj.gov>
**Cc:** acoe@earthjustice.org; smorrison@earthjustice.org
**Subject:** [EXTERNAL] RE: Case management report in Save the Manatee Club v. USEPA, 22-cv-00868 (M.D. Fla)

Thank you for a productive meeting on Friday. I've attached a joint proposed case management schedule for your review and signature blocks. It tracks the dates you proposed on Friday, except that I've added slightly more time for our response/reply brief in light of the holidays. Let me know if you have any edits or would like to discuss further.

As we mentioned on Friday, Sharmeen Morrison will be moving for special admission to join as counsel of record on the case. Please let us know your position on her motion.

We also indicated on Friday that we would send a list of documents we would like to have included in the administrative record. These documents include:

- Fish and Wildlife Service's August 10, 2021 letter to USEPA recommending EPA reinitiate consultation
- USEPA's November 23, 2021 response to Fish and Wildlife Service
- Plaintiffs' December 20, 2021 60-day notice letter re manatees and exhibits thereto
- Plaintiffs' February 7, 2022 supplement to the December 20, 2021 60-day notice letter with Barile expert report and exhibits thereto
- Plaintiffs' February 7, 2022 60-day notice letter re species under National Marine Fisheries Service jurisdiction and exhibits thereto
- USEPA, Guidance for Water Quality-based Decisions: the TMDL Process (April 1991)
- USEPA, Guidelines for Reviewing TMDLs under Existing Regulations issued by in 1992 (May 20, 2002)

EPA should have received a thumb drive with the exhibits to our notice letters and expert report. Let me know if you have any trouble locating them and I am happy to resend them to you. In the event there is any dispute as to whether any of the documents above may be included in the record, we would appreciate the opportunity to meet-and-confer well ahead of the October 13 deadline.

Elizabeth

---

**From:** Norway, Robert M. (ENRD) <robert.m.norway@usdoj.gov>
**Sent:** Tuesday, July 12, 2022 10:30 AM
**To:** Elizabeth Forsyth <eforsyth@earthjustice.org>

**Cc:** Alisa Coe <acoe@earthjustice.org>; Sharmeen Morrison <smorrison@earthjustice.org>; brett.grosko@usdoj.gov
**Subject:** RE: Case management report in Save the Manatee Club v. USEPA, 22-cv-00868 (M.D. Fla)

> **This message originated outside of Earthjustice. Please use caution before opening attachments or links.**

Elizabeth,

Thank you for reaching out. I'm copying my co-counsel, Brett Grosko. Please include Brett on future emails.

We don't necessarily agree that the parties are required to file a case management report. Both the Federal Rules of Civil Procedure and Local Rules exempt record review cases from that requirement. However, we agree it makes sense to prepare a joint report to the court explaining the nature of the claims and proposing a schedule. Brett and I are available for a call Thursday, 7/14, after 3:30 pm, Friday, 7/15, between 10:00 am and noon, and after 3:30 pm. We are also available on Monday, 7/18, after 10:00 am. All these times are EST.

Brett and I are looking forward to speaking with you.

Best,
Rob Norway

---

**From:** Elizabeth Forsyth <eforsyth@earthjustice.org>
**Sent:** Monday, July 11, 2022 6:19 PM
**To:** Norway, Robert M. (ENRD) <Robert.M.Norway@usdoj.gov>
**Cc:** acoe@earthjustice.org; smorrison@earthjustice.org
**Subject:** [EXTERNAL] Case management report in Save the Manatee Club v. USEPA, 22-cv-00868 (M.D. Fla)

Hi Robert –

I'm reaching out about the joint case management report due in the above-captioned case. We served the US Attorney on May 12, which I think makes our case management report due July 21 per LR 3.02(b)(3). Would you be available sometime this week or early next week to discuss a possible schedule in the case? Let me know when would work for you, and I'll send a calendar invite with a conference line.

Looking forward to hearing from you,

Elizabeth

Elizabeth Forsyth

(she/hers)

Senior Attorney, Biodiversity Defense

810 3rd Ave #610

Seattle, WA 98104

T: 206.531.0841

F: 206.343.1526

earthjustice.org



*The information contained in this email message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this email message in error, please notify the sender by reply email and  delete the message and any attachments.*